1021-20689 #1583523

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, LLC, as Owner, and SHORE OFFSHORE SERVICES, LLC, as Bareboat Charterer and Owner** *Pro Hac Vice* **of D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.** <br><br> **SECTION:** <br><br> **JUDGE:** <br><br> **MAGISTRATE:** <br><br> **Admiralty – Rule 9(h)** |

### NOTICE TO CLAIMANTS OF VERIFIED COMPLAINT
### FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC, as owner and bareboat charterer, respectively, of Derrick Barge THOR, to submit the following Notice for publication:

> **IN THE MATTER OF MODERN AMERICAN RAILROAD SERVICES, L.L.C. and SHORE OFFSHORE SERVICES, LLC, AS OWNER and BAREBOAT CHARTERER AND OWNER PRO HAC VICE OF D/B THOR PETITIONING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY**
>
> **CIVIL ACTION NO.**
>
> **SECTION**
>
> Notice is hereby given that the above named Limitation Petitioners have filed a complaint, pursuant to Sections 30501, *et seq*. of Title 46 of the United States Code (46 U.S.C. App. § 30501, *et seq*.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths arising out of or occurring as a result of the incident occasioned during the afternoon of October 28, 2020, when as the eye of Hurricane Zeta approached Port Fourchon, the D/B THOR broke away from her moorings at the Martin Energy Services Dock No. 16 and came into contact with certain property

in and along Bayou Lafourche channel, all as is more fully set forth in the Verified Complaint.

All persons, firms, corporations, or other entities having such claims to which the Verified Complaint seeks exoneration from or limitation of liability are admonished to file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130, and must serve a copy thereof on attorneys for Limitation Petitioners, Messrs. Pusateri, Johnston, Guillot & Greenbaum, LLC, 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, on or before the _____ day of _____, 2021, or be permanently defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Limitation Petitioner an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this \_\_\_\_ day of _____ 2021.

_____
CLERK OF COURT

**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully submitted:

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A. (#31760)
Salvador J. Pusateri (#21036)
Aaron B. Greenbaum, (#31752)
Meredith W. Blanque (#32346)
Jacob A. Altmyer (#36352)
Taylor M. Bacques (#39108)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Meredith.Blanque@pjgglaw.com
Jacob. Altmyer@pjgglaw.com
Taylor.Bacques@pjgglaw.com
**ATTORNEYS FOR PETITIONERS-IN-LIMITATION,**
**MODERN AMERICAN RAILROAD SERVICES, L.L.C.**
**and SHORE OFFSHORE SERVICES, LLC**